UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA      :      O R D E R
                              :
     v.                       :      Case No.  5cr467(DMC)
ROLANDO LORENZO               :

    This matter having come before the Court on a motion by Rolando Lorenzo, Pro Se, to permit his notice of appeal filed on December 27, 2011 as a timely filed appeal, and Andrew Carey, AUSA, appearing on behalf of the United States having filed no position to defendants motion; and

    The court having reviewed same; and

    For good cause shown;

    It is on this 9th day of July 2011  ORDERED that the motion to file a late Notice of Appeal is hereby GRANTED.

    /S/ DENNIS M. CAVANAUGH
    Dennis M. Cavanaugh, U.S.D.J.